AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

| JOHN D. MANRY | Case No.  2:05cr036-WHA |
|---|---|
| | USM No.  11650-002 |
| | Andrew Skier |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)   _1, 2, 3 and 4 of the petition_   of the term of supervision.

☐  was found in violation of condition(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from committing another federal, state or local crime | 8/17/2010 |
| 2 | Failure to refrain from unlawfully possessing a controlled substance | 1/21/2010 |
| 3 | Failure to refrain from unlawful use of a controlled substance | 1/21/2010 |
| 4 | Failure to refrain from association with a convicted felon | 1/21/2010 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5792

Defendant's Year of Birth:   1980

City and State of Defendant's Residence:
Montgomery, AL

August 26, 2010
Date of Imposition of Judgment

Signature of Judge

W. Harold Albritton, Senior U. S. District Judge
Name and Title of Judge

8/26/2010
Date

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: JOHN D. MANRY
CASE NUMBER: 2:05cr036-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**33 months** with no term of supervision to follow. **This sentence shall run consecutive to any sentence which may be imposed in 2:10cr145-MEF.** It is ORDERED that the term of supervised release imposed on October 14, 2005, is REVOKED. The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 33 months.

X    The court makes the following recommendations to the Bureau of Prisons:

   The court recommends that the Defendant be designated to a facility where drug treatment is available.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL